Venegas, ED/WI, Milwaukee

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 02-00024-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Antony Smith | DISTRICT Eastern Wisconsin | DIVISION Northern Illinois |
|---|---|---|
| | NAME OF SENTENCING JUDGE Judge J. P. Stadtmueller | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/7/07 | TO 12/6/10 |

*(stamp: RECEIVED JUN 0 2008 U.S. PROBATION OFFICE CHICAGO)*

OFFENSE

Felon in Possession of a Firearm (Count 1)
Felon in Possession of Ammunition (Count 2)

JUDGE GETTLEMAN
08CR 493
MAGISTRATE JUDGE MASON

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT ____Wisconsin____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 2, 2008
_____Date_____   _____United States District Judge_____

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____Illinois____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*(stamp: FILED JUN 2 3 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT)*

JUN 1 9 2008
_____Effective Date_____   _____United States District Judge_____