*Venegas, EDWI Milwaukee*

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 02-00024-001 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Antony Smith | Eastern Wisconsin | Northern Illinois |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Judge J. P. Stadtmueller |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 12/7/07 | 12/6/10 |

OFFENSE

Felon in Possession of a Firearm (Count 1)
Felon in Possession of Ammunition (Count 2)

**FILED** 08 CR 493

**JUDGE GETTLEMAN**

7-21-08
JUL 2 1 2008

**MAGISTRATE JUDGE MASON**

### PART 1 - ORDER TRANSFERRING JURISDICTION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ ___Wisconsin___

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*June 2, 2008*
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
JUL 0 1 2008

JUN 1 9 2008
DATE
Effective Date

*James F. Holderman*
United States District Judge



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

DISTRICT COURT
EASTERN DISTRICT-WI
FILED

**July 1, 2008**

312-435-5698

Eastern District of Wisconsin
Mr. Jon W. Sanfilippo, Clerk
United States District Court
362 United States Courthouse and
Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

'08  JUL −7  A11 :06

JON W. SANFILIPPO, CLERK
MAIL-REC'D

Dear Clerk:

**Re:  02-00024-001    USA v.  Anthony Smith        Judge J.P.  Stadmueller**

Our Case Number:    08 CR 493 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    _____
       Marsha E. Glenn
       Deputy Clerk

Enclosure

CLOSED, RCMND

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
### CRIMINAL DOCKET FOR CASE #: 2:02-cr-00024-JPS-1
#### Internal Use Only

Case title: USA v. Smith                 Date Filed: 01/23/2002
Other court case number:  :02- -03395 USCA Smith 9/16/02    Date Terminated: 09/05/2002

Assigned to: Judge J P Stadtmueller

Appeals court case number: 02-3395

**Defendant (1)**

**Anthony D Smith**           represented by   **Dean A Strang**
*TERMINATED: 09/05/2002*                   Federal Defender Services of Wisconsin Inc
                                         517 E Wisconsin Ave - Rm 182
                                         Milwaukee, WI 53202

**FILED**

**JUL 2 1 2008**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

                                         414-221-9900
                                         Fax: 414-221-9901
                                         Email: dean_strang@fd.org
                                         *TERMINATED: 09/05/2002*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Federal Public Defender*

**Pending Counts**                                      **Disposition**

                                         54 months as to count one of the indictment,
                                         and 54 months as to count two fo the
                                         indictment to run concurrently for a total term
18:922(g)(1) UNLAWFUL TRANSPORT OF       of 54 months of imprisonment. The sentence
FIREARMS, ETC.                           imposed is to run consecutively with the
(1-2)                                          sentence imposed in Milwaukee County
                                         Circuit Court Case No. 99CF765;
                                         SUPERVISED RELEASE: 3 years as to count
                                         one and two of the indictment; SPECIAL
                                         ASSESSMENT: .00; FINE: .00

**Highest Offense Level (Opening)**

Felony                                       U.S. District Court
                                      Eastern Div. of Wis.
                                      I hereby certify that this is a
                                      true and correct copy of the original now
**Terminated Counts**                  **Disposition**      remaining of record in my office.

None

                                      JON W. SANFILIPPO, clerk

                                      DATED: 7·16·08
**Highest Offense Level (Terminated)**                _____ by _____ Deputy

None


**Complaints**                                          **Disposition**

None


**Plaintiff**

**USA**                                  represented by **Nelson W Phillips, III**
                                         United States Department of Justice (ED-WI)
                                         Office of the US Attorney
                                         517 E Wisconsin Ave - Rm 530
                                         Milwaukee, WI 53202
                                         414-287-9493
                                         Fax: 414-273-5198
                                         Email: nphillips@gklaw.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2002 | 1 | INDICTMENT by USA Counts filed against Anthony D Smith (1) count(s) 1-2 (bdf, ) (Entered: 01/24/2002) |
| 01/25/2002 | | ARREST Warrant issued for Anthony D Smith (bdf, ) |
| 01/25/2002 | 2 | NOTICE of hearing ; arraignment set for 9:30 2/1/02 for Anthony D Smith (bdf, ) |
| 01/28/2002 | 3 | APPLICATION by plaintiff USA and ORDER (AEG) f/writ of HC f/defts appearance on 2/1/02 at 9:30 a.m. before Magisrate Judge Callahan in ctrm 253. Writ issued. (bdf, ) (Entered: 01/29/2002) |
| 01/29/2002 | 4 | DETAINER against defendant Anthony D Smith (bdf, ) |
| 01/31/2002 | 8 | NOTICE of hearing ; pretrial conference set for 8:30 4/16/02 for Anthony D Smith (bdf, ) (Entered: 02/04/2002) |
| 01/31/2002 | 9 | NOTICE of hearing ; jury trial set for 8:30 4/22/02 for Anthony D Smith (bdf, ) (Entered: 02/04/2002) |
| 01/31/2002 | 10 | RETURN OF SERVICE executed upon defendant Anthony D Smith on 1/23/02 (bdf, ) (Entered: 02/04/2002) |
| 02/01/2002 | 5 | HEARING MINUTES: before Mag Judge William E. Callahan dft Anthony D Smith arraigned; not guilty plea entered; to Mag Judge Aaron E. Goodstein STD: 5/2/02 and trial est: 2 days pretrial conference set for 8:30 4/16/02 for Anthony D Smith ; pretrial motions set for 2/21/02, 3/4/02 and 3/8/02 for Anthony D Smith ; jury trial set for 8:30 4/22/02 for Anthony D Smith Deft is in State custody; govt request federal detainer to be lodge against deft. Defense would concur. Court order deft be returned to State custody, upon release from State custody, should be returned to court f/bail hearing. Detainer to be placed against deft. Court Reporter: Tape AC-302 (bdf, ) |
| 02/01/2002 | 6 | PRETRIAL ORDER by Mag Judge Aaron E. Goodstein Motions(s) due: 2/21/02; Reponse(s) due: 3/4/02; Reply(s) due: 3/8/02. (CC: All Counsel in Open Court) (bdf, ) |
| 02/01/2002 | 7 | NOTICE OF APPEARANCE for defendant Anthony D Smith by Attorney Dean A. Strang (bdf, ) (Entered: 02/04/2002) |

| 02/01/2002 | | (Court only) Docket Modification (Utility) To enter LC interval. (kmf, ) (Entered: 02/27/2002) |
|---|---|---|
| 02/02/2002 | | (Court only) Docket Modification (Utility) (bdf, ) (Entered: 04/23/2002) |
| 02/04/2002 | 11 | RETURN OF SERVICE executed upon defendant Anthony D Smith on 2/1/02 (bdf, ) |
| 02/06/2002 | 12 | DETAINER against defendant Anthony D Smith (bdf, ) (Entered: 02/07/2002) |
| 02/21/2002 | 13 | MOTION to dismiss indictment as to Anthony D Smith (1) count(s) 1-2 by Anthony D Smith (bdf, ) |
| 02/21/2002 | 14 | AFFIDAVIT of Atty. Dean A. Strang by defendant Anthony D Smith (bdf, ) |
| 02/21/2002 | 15 | MOTION to suppress results of stop and arrest by Anthony D Smith (bdf, ) |
| 02/21/2002 | 16 | MEMORANDUM by defendant Anthony D Smith in support motion to dismiss indictment as to Anthony D Smith (1) count(s) 1-2 [13-1] (bdf, ) |
| 02/21/2002 | 17 | MOTION to dismiss indictment as to Anthony D Smith by Anthony D Smith (bdf, ) Modified on 02/22/2002 |
| 02/22/2002 | 18 | MEMORANDUM by defendant Anthony D Smith in support of Second Motion to dismiss indictment as to Anthony D Smith [17-1] (sealed, ) |
| 02/27/2002 | 19 | NOTICE of hearing. Evidentiary hearing set for 9:00 on 3/18/02 for Anthony D Smith. (kmf, ) |
| 03/01/2002 | 20 | APPLICATION by plaintiff USA and ORDER (WEC) f/writ of HC f/defts appearance on 3/18/02 at 9:00 a.m. ctrm. 254. Writ issued. (bdf, ) (Entered: 03/04/2002) |
| 03/04/2002 | 21 | RESPONSE by plaintiff USA to deft's second motion to dismiss indictment (bdf, ) (Entered: 03/05/2002) |
| 03/04/2002 | 22 | RESPONSE brief by plaintiff USA to motion to dismiss indictment (bdf, ) (Entered: 03/05/2002) |
| 03/06/2002 | 23 | REPLY by defendant Anthony D Smith to consolidated motions to dismiss. (bdf, ) |
| 03/18/2002 | 24 | HEARING MINUTES: (AEG) Evidentiary hrg. held on 3/18/02. Witness test. Exhibits received for this hrg. Simultaneous submissions due: 3/28/02, 4/4/02. Court Reporter: John Schindhelm (kmf, ) (Entered: 03/19/2002) |
| 03/19/2002 | 25 | RETURN OF SERVICE executed upon defendant Anthony D Smith on 3/18/02 (bdf, ) (Entered: 03/20/2002) |
| 03/20/2002 | 26 | APPLICATION by plaintiff USA and ORDER (WEC) for writ of habeas corpus ad prosequendum as to defendant Anthony D Smith for his appearance 8:30 4/16/02 for pretrial hearing (tlf, ) (Entered: 03/21/2002) |
| 03/20/2002 | 27 | APPLICATION by plaintiff USA and ORDER (WEC) for writ of habeas corpus ad prosequendum as to defendant Anthony D Smith for his appearance 8:30 4/22/02 for jury trial (tlf, ) (Entered: 03/21/2002) |
| 03/28/2002 | 28 | MEMORANDUM by defendant Anthony D Smith in support motion to suppress results of stop and arrest [15-1] (bdf, ) (Entered: 03/29/2002) |
| 04/02/2002 | 29 | TRANSCRIPT of proceedings held 3/18/02 for defendant Anthony D Smith - evidentiary hearing (bdf, ) (Entered: 04/03/2002) |
| 04/04/2002 | 30 | RESPONSE by plaintiff USA to motion to suppress results of stop and arrest [15-1] (bdf, ) (Entered: 04/05/2002) |

| 04/08/2002 | 31 | REPLY memorandum by defendant Anthony D Smith to response to motion to suppress results of stop and arrest [15-1] (bdf, ) |
| 04/08/2002 | 32 | MOTION to file reply instanter by Anthony D Smith (bdf, ) |
| 04/09/2002 | 33 | LETTER in response to deft's motion to file reply instanter from plaintiff USA (bdf, ) |
| 04/10/2002 | 34 | RECOMMENDATION by Mag Judge Aaron E. Goodstein that deft's first motion to dismiss indictment be denied as to Anthony D Smith, It is further recommended that the deft's second motion to dismiss be denied, (cc: all counsel) ............. (bdf, ) Modified on 04/12/2002 (Entered: 04/11/2002) |
| 04/10/2002 | 34 | .........ORDER by Mag Judge Aaron E. Goodstein that the deft's motion to file reply instanter is denied. (cc: all counsel) (bdf, ) Modified on 04/12/2002 (Entered: 04/11/2002) |
| 04/10/2002 | | (Court only) Docket Modification (Utility) denying motion to file reply instanter [32-1] (bdf, ) (Entered: 04/12/2002) |
| 04/10/2002 | 34 | ....... RECOMMENDATION by Mag Judge Aaron E. Goodstein denying motion to suppress results of stop and arrest [15-1] (cc: all counsel) (bdf, ) (Entered: 04/12/2002) |
| 04/10/2002 | 35 | MOTION to adjourn trial by Anthony D Smith (bdf, ) (Entered: 04/12/2002) |
| 04/11/2002 | | TRANSMIT file on April 11, 2002 to Chief Judge J.P. Stadtmueller for defendant Anthony D Smith (bdf, ) |
| 04/11/2002 | | (Court only) Docket Modification (Utility) terminating case referral (bdf, ) |
| 04/11/2002 | 36 | RESPONSE by plaintiff USA to motion to adjourn trial by deft [35-1] (bdf, ) (Entered: 04/12/2002) |
| 04/15/2002 | 37 | OBJECTIONS by defendant Anthony D Smith regarding Magistrate's Recommendation [34-1] (tlf, ) |
| 04/16/2002 | 38 | HEARING MINUTES: before Chief Judge J P Stadtmueller pretrial conference held on 4/16/02 ; Defense has filed objections to magistrate's recommendation. Jury trial set for 8:30 6/24/02 for Anthony D Smith ; in-court hearing set for 8:30 6/7/02 for Anthony D Smith Court finds that the interest of justice outweighs the public's interest in a speedy trial, and thus grants the defendant's motion to adjourn trial. Court Reporter: P. (bdf, ) (Entered: 04/17/2002) |
| 04/16/2002 | | (Court only) Docket Modification (Utility) granting motion to adjourn trial [35-1] (bdf, ) (Entered: 04/17/2002) |
| 04/22/2002 | 39 | RETURN OF SERVICE unexecuted - as to defendant Anthony D Smith (bdf, ) |
| 04/22/2002 | 40 | ORDER by Chief Judge J P Stadtmueller that a continuance is necessary in the interest of justice and outweighs the best interest of the public and the deft in a speedy trial. Pursuant to 18:3161(h)(8)(A) the Court orders that the speedy trial period is tolled from 4/16/02 to 6/7/02. (cc: all counsel) (bdf, ) (Entered: 04/23/2002) |
| 04/24/2002 | 41 | RETURN OF SERVICE executed upon defendant Anthony D Smith on 4/16/02 (bdf, ) |
| 04/29/2002 | 42 | RESPONSE by plaintiff USA to deft's consolidated objections to April 10, 2002 recommendation. (bdf, ) (Entered: 04/30/2002) |
| 05/31/2002 | 43 | APPLICATION by plaintiff USA and ORDER (PJG) f/writ of HC for defts appearance on 6/7/02 at 8:30 a.m. ctrm. 425. Writ issued. (bdf, ) (Entered: 06/04/2002) |

| 06/03/2002 | 44 | APPLICATION by plaintiff USA and ORDER (WEC) f/writ of HC f/defts appearance on 6/7/02 at 8:30 a.m. in ctrm. 425. Writ issued. (bdf, ) (Entered: 06/04/2002) |
| 06/04/2002 | 45 | RETURN OF SERVICE unexecuted - attempted as to defendant Anthony D Smith (bdf, ) |
| 06/06/2002 | 59 | ORDER by Chief Judge J P Stadtmueller that Magistrate Judge Arron E. Goodstein's April 10, 2002 Recommendation is adopted; It is further ordered that Anthony Smith's motion to dismiss the indictment on Commerce Clause grounds is denied; It is further ordered that Anthony Smith's motion to dismiss the indictment on grounds that the case is being prosecuted by an unauthorized special assistant is denied and It is further ordered that Anthony Smith's motion to suppress evidence is denied. arrest [15-1], denying motion to dismiss indictment as to Anthony D Smith (1) count(s) 1-2 [13-1] (cc: all counsel) (bdf, ) (Entered: 07/03/2002) |
| 06/07/2002 | 46 | HEARING MINUTES: before Chief Judge J P Stadtmueller status conference held on 6/7/02 jury trial set for 8:30 7/1/02 for Anthony D Smith Court Reporter: Kathy McDermind (bdf, ) (Entered: 06/10/2002) |
| 06/10/2002 | 47 | Partial RETURN OF SERVICE executed upon defendant Anthony D Smith on 6/7/02 (bdf, ) |
| 06/17/2002 | 74 | STIPULATION: Prior to 1/7/02, deft. had been convicted of a crime that was punishable by a term of imprisonment exceeding 1 yr. The conviction is of record and unreversed. (never filed w/clrk. of crt.) (kmf, ) Modified on 09/12/2002 (Entered: 09/12/2002) |
| 06/18/2002 | 48 | PROPOSED JURY INSTRUCTIONS submitted by defendant Anthony D Smith (bdf, ) |
| 06/19/2002 | 49 | PROPOSED JURY INSTRUCTIONS submitted by plaintiff USA (bdf, ) (Entered: 06/20/2002) |
| 06/19/2002 | 50 | WITNESS list by plaintiff USA (bdf, ) (Entered: 06/20/2002) |
| 06/19/2002 | 51 | PROPOSED VOIR DIRE submitted by plaintiff USA (bdf, ) (Entered: 06/20/2002) |
| 06/19/2002 | 52 | APPLICATION by plaintiff USA and ORDER (AEG) for a writ of HC f/defts appearance on 7/1/02 at 8:30 a.m. Writ issued. (bdf, ) (Entered: 06/24/2002) |
| 06/27/2002 | 53 | TRIAL brief by plaintiff USA (bdf, ) (Entered: 06/28/2002) |
| 06/28/2002 | 75 | Rule 16(a)(1)(E) Summary of Expewrt Testimony (kmf, ) (Entered: 09/12/2002) |
| 06/29/2002 | 54 | FIRST MOTION in limine by Anthony D Smith (bdf, ) (Entered: 07/03/2002) |
| 07/01/2002 | 55 | APPLICATION by plaintiff USA and ORDER (AEG) f/writ of HC f/deft's appearance on 7/2/02. Writ issued. (bdf, ) (Entered: 07/03/2002) |
| 07/01/2002 | 56 | EXHIBIT list by defendant Anthony D Smith (bdf, ) (Entered: 07/03/2002) |
| 07/01/2002 | 57 | EXHIBIT list by plaintiff USA (bdf, ) (Entered: 07/03/2002) |
| 07/01/2002 | 60 | HEARING MINUTES: before Chief Judge J P Stadtmueller trial began jury trial held on 7/1/02 thru 7/3/02 testimony taken finding Anthony D Smith (1) count(s) 1-2 guilty adjudged guilty; PSR ordered ; sentencing hearing set for 1:30 9/4/02 for Anthony D Smith govt's version of the offense due 7/10/02; deft's version due 7/17/02. Court Reporter: Chris P. (bdf, ) (Entered: 07/05/2002) |
| 07/01/2002 | 61 | EXHIBIT list by plaintiff USA (bdf, ) (Entered: 07/05/2002) |
| 07/01/2002 | 62 | EXHIBIT list by defendant Anthony D Smith (bdf, ) (Entered: 07/05/2002) |
| 07/02/2002 | 64 | Notes f/juror and court's response (bdf, ) (Entered: 07/05/2002) |

| 07/02/2002 | 66 | JURY List (attachments sealed) (bdf, ) Modified on 10/21/2002 Modified on 11/21/2002 (kmf, ). (Entered: 07/08/2002) |
| 07/03/2002 | 58 | RETURN OF SERVICE executed upon defendant Anthony D Smith on 7/1/02 (bdf, ) |
| 07/03/2002 | 63 | JURY Instructions (bdf, ) (Entered: 07/05/2002) |
| 07/03/2002 | 65 | VERDICT of guilty as to counts one and two as to Anthony D Smith (bdf, ) (Entered: 07/05/2002) |
| 07/10/2002 | 67 | EXHIBITS received for defendant Anthony D Smith, plaintiff USA ; exhibit list filed (eeb, ) |
| 08/27/2002 | 68 | APPLICATION by plaintiff USA and ORDER (PJG) f/writ of HC f/defts' appearance on 9/4/02 at 1:30 p.m. before Judge Stadtmueller. Writ issued. (bdf, ) (Entered: 08/29/2002) |
| 09/05/2002 | 69 | HEARING MINUTES: before Judge J P Stadtmueller Anthony D Smith (1) count(s) 1-2. 54 months as to count one of the indictment, and 54 months as to count two fo the indictment to run concurrently for a total term of 54 months of imprisonment. The sentence imposed is to run consecutively with the sentence imposed in Milwaukee County Circuit Court Case No. 99CF765; SUPERVISED RELEASE: 3 years as to count one and two of the indictment; SPECIAL ASSESSMENT: $200.00; FINE: $500.00 Conditions of Supervised Release/Probation imposed. See Judgment for additional details. , terminating party Anthony D Smith , case terminated Court Reporter: Chris P. (bdf, ) (Entered: 09/09/2002) |
| 09/05/2002 | 70 | JUDGMENT and Commitment issued to U.S. Marshal as to Anthony D Smith by Judge J P Stadtmueller (cc: all counsel) (bdf, ) (Entered: 09/09/2002) |
| 09/11/2002 | 71 | ARREST Warrant returned unexecuted as to Anthony D Smith (kmf, ) (Entered: 09/12/2002) |
| 09/11/2002 | 72 | APPEAL Notice to USCA by defendant Anthony D Smith regarding [70-1] (cc: all counsel) (kmf, ) (Entered: 09/12/2002) |
| 09/11/2002 | 73 | DOCKETING STATEMENT by defendant Anthony D Smith (cc: all counsel) (kmf, ) (Entered: 09/12/2002) |
| 09/12/2002 | | SHORT RECORD Transmitted to USCA for defendant Anthony D Smith Re: [72-1] (cc: all counsel) (kmf, ) Modified on 09/12/2002 |
| 09/12/2002 | | Criminal Appeal Record Prepared for defendant Anthony D Smith (kmf, ) |
| 09/18/2002 | 76 | DETAINER against defendant Anthony D Smith addressed to Dodge Correctional Inst. (kmm, ) (Entered: 09/19/2002) |
| 09/23/2002 | | As to defendant Anthony D Smith Re: [72-1] Appeal Number: 02-3395 received from USCA (bdf, ) (Entered: 09/26/2002) |
| 09/24/2002 | | EXHIBITS temporarily released on 9/24/02 to Chris Petrie for the purpose of preparing a transcript. (eeb, ) |
| 10/02/2002 | | EXHIBITS returned to the Clerk's office by Chris Petrie on 10/2/02. (ers, ) |
| 10/02/2002 | 77 | TRANSCRIPT of proceedings held 7/1/02 for defendant Anthony D Smith jury trial vol 1 of 3 (bdf, ) (Entered: 10/03/2002) |
| 10/02/2002 | 78 | TRANSCRIPT of proceedings held 7/2/02 for defendant Anthony D Smith - jury trial vol 2 of 3 (bdf, ) (Entered: 10/03/2002) |

| 10/02/2002 | 79 | TRANSCRIPT of proceedings held 7/3/02 for defendant Anthony D Smith - jury trial vol 3 of 3 (bdf, ) (Entered: 10/03/2002) |
| 10/02/2002 | 80 | TRANSCRIPT of proceedings held 9/5/02 for defendant Anthony D Smith - sentencing (bdf, ) (Entered: 10/03/2002) |
| 01/14/2003 | 81 | CRIMINAL APPEAL RECORD REQUEST RECEIVED from USCA for Anthony D Smith USCA Number: 02-3395 (bdf, ) (Entered: 01/15/2003) |
| 01/16/2003 | 82 | EXHIBITS Temporarily Released on 1/16/03 to Brenda Ferrill for the purpose of: Sending Exhibits to the Court of Appeals. (eeb, ) |
| 01/16/2003 | | Certified Record on Appeal sent to USCA for Anthony D Smith USCA Number 02-3395 re 72 Notice of Appeal. (cc: all counsel) (bdf, ) (Entered: 04/29/2003) |
| 05/12/2003 | 83 | USCA MANDATE (certified copy) as to Anthony D Smith re 72 Notice of Appeal USCA Number 02-3395 Affirmed the decision of the district court (bdf, ) (Entered: 05/13/2003) |
| 05/12/2003 | | Appeal Record Returned as to Anthony D Smith consisting of 1 vol of pleadings, 1 loose pleadings, 5 vols of transcripts, 1 vol of exhibits and 2 in camera material. PSR returned to probation USCA Number 02-3395 72 Notice of Appeal (bdf, ) (Entered: 05/13/2003) |
| 08/19/2003 | 84 | NOTIFICATION OF EXHIBIT Release sent to counsel of record. (ers, ) |
| 09/03/2003 | 85 | EXHIBITS for Anthony D Smith destroyed. No response to notification received. (ers, ) |
| 09/03/2003 | 86 | EXHIBITS for USA as to Anthony D Smith destroyed. No response to notification received. (ers, ) |
| 09/03/2003 | | EXHIBITS released to counsel for USA as to Anthony D Smith, receipt filed. Plaintiffs Exhibits not destroyed. (ers, ) |
| 03/28/2008 | 87 | NOTICE of Release of Lien *in the amount of $700.00 filed in Milwaukee County, WI on 09-30-2002 under Document No. TL140784* by USA as to Anthony D Smith (Johnson, Mel) |
| 04/01/2008 | 88 | NOTICE *of Withdrawal of Appearance of Nelson W. Phillips III* by USA as to Anthony D Smith (Phillips, Nelson) |
| 07/07/2008 | 89 | ORDER OF TRANSFER OF JURISDICTION - Jurisdiction Transferred to Northern District of Illinois, Eastern Division as to Anthony D Smith; Will transmit Transfer of Jurisdiction form, with certified copies of indictment, judgment, docket sheet and financial report. (waiting for file from FRC) (djd) (Entered: 07/08/2008) |

**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JUL 2 1 2008

U.S. DISTRICT
EASTERN DISTRICT
FILED

UNITED STATES OF AMERICA,

'02 JAN 23 P2:29

Plaintiff,

v. SOFRON B. NEDILSKY
CLERK

ANTHONY D. SMITH,

Defendant.

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Case No.  02– CR –

[Title 18, USC § 922(g)(1)]

**02-CR024**

---

### INDICTMENT

---

### COUNT ONE

**THE GRAND JURY CHARGES THAT**:

On or about January 7, 2002, in Milwaukee County, in the State and Eastern District of Wisconsin,

### ANTHONY D. SMITH,

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess a firearm, to wit: an Intratec 9mm semi-automatic handgun,

serial number A005247, which, prior to his possession of it, had been transported in interstate and foreign

commerce, and the possession of which was therefore in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

...strict Court
Eastern Div. of Wis.
                    I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office.

JON W. SANFILIPPO, clerk

DATED: 7.16.08

                              Deputy

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about January 7, 2002, in Milwaukee County, in the State and Eastern District of Wisconsin,

### ANTHONY D. SMITH,

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: 17 unfired, 9mm rounds of ammunition, which were contained in a 20-round magazine, which, prior to his possession of them, had been transported in interstate and foreign commerce, and the possession of which was therefore in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).


A TRUE BILL:


Dated:    *1-23-02*


JAMES L. SANTELLE
United States Attorney



AO 245B (Rev.8/96) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

ANTHONY D. SMITH

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 02-CR-024-001**

Dean Strang
Federal Defender Services, Inc.
Defendant's Attorney

Nelson Phillips
Special Assistant United States Attorney

**FILED**

JUL 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DIST. COURT EAST DIST. WISC.
FILED
SEP 5 2002
O'CLOCK
SOFRON B. NEDILSKY
AT    M

**THE DEFENDANT:**

Was found guilty of Counts One and Two of the indictment.

| Title & Section | Nature of Offense | Date Concluded | Counts |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | 1/7/02 | 1 |
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition | 1/7/02 | 2 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec

Defendant's Date of E

Defendant's USM No

Defer

Date Sentence Imposed:
September 5, 2002



J. P. Stadtmueller
Chief Judge

September 5, 2002

Date Judgment Signed

U.S. District Court
Eastern Div. of Wis.
       I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office.

JON W. SANFILIPPO, clerk

DATED: 7.16.08

by _____ Deputy

AO 245B (Rev.8/96) Sheet 2 - Imprisonment

Defendant: Anthony Smith                                    Judgment Page 2 of 6
Case Number: 02-CR-024

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of fifty-four (54) months as to Count One of the indictment, and fifty-four (54) months as to Count Two of the indictment to run concurrently for a total term of fifty-four (54) months of imprisonment. The sentence imposed is to run consecutively with the sentence imposed in Milwaukee County Circuit Court Case No. 99CF765.

The defendant is remanded to the custody of the United States Marshal.

The court makes the following recommendation to the Bureau of Prisons:

(1) that the defendant be considered for incarceration at an institution geographically located in the midwest region, and in particular, near Milwaukee, Wisconsin, as determined by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this judgment.


_____
United States Marshal


By _____
Deputy U. S. Marshal

Defendant: Anthony Smith                                    Judgment Page 3 of 6
Case Number: 02-CR-024

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a total term of three (3) years as to Counts One and Two of the indictment.

The defendant shall not commit another federal, state, or local crime and shall comply with the following special conditions:

1.  The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2.  The defendant shall not possess a firearm as defined in 18 U.S.C. § 921 or any other dangerous weapon.

3.  Pursuant to the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall not illegally possess any controlled substance.  Such possession will result in revocation of the supervised release term and the defendant will be obliged to serve a further term in prison.  The defendant shall refrain from any unlawful use of a controlled substance.

4. The defendant shall participate in urinalysis and, if deemed necessary, the defendant shall also participate in outpatient treatment under the guidance and supervision of his supervising probation officer.

5.  The defendant shall pay any balance of the fine at a rate of no less than twenty-five dollars ($25.00) per month.  The defendant will also apply one hundred percent (100%) of any federal and state income tax refund toward payment of the fine.  The defendant shall not change exemptions for federal or state income tax purposes without prior notice to his supervising probation officer.

6.  The defendant shall not open new lines of credit, which includes the leasing of any vehicle or other property, nor use existing credit without prior approval from his supervising probation officer.  After the defendant's court ordered financial obligation has been satisfied, this condition will no longer remain in effect.

7.  The defendant is to provide his supervising probation officer with access to all of the financial information including, but not limited to, copies of all federal and state income tax returns.  All tax returns shall be filed in a timely manner.  The defendant shall also submit monthly financial reports to his supervising probation officer.

8.  The defendant is to cooperate with Child Support Enforcement in payment of any child support or arrearage and to make regular payments thereon at the direction of his supervising probation officer.

Defendant: Anthony Smith                                    Judgment Page 4 of 6
Case Number: 02-CR-024

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall not leave the judicial district without the permission of the court or his or her supervising probation officer.

2.  The defendant shall report to his or her supervising probation officer and shall submit a truthful and complete written report within the first five days of each month.

3.  The defendant shall answer truthfully all inquiries by his or her supervising probation officer and follow the instructions of his or her supervising probation officer.

4.  The defendant shall support his or her dependents and meet other family responsibilities.

5.  The defendant shall work regularly at a lawful occupation unless excused by his or her supervising probation officer for schooling, training, or other acceptable reasons.

6.  The defendant shall notify his or her supervising probation officer ten days prior to any change in residence or employment.

7.  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8.  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9.  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by his or her supervising probation officer.

10.  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of his or her supervising probation officer.

11.  The defendant shall notify his or her supervising probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12.  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13.  As directed by his or her supervising probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit his or her supervising probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev.8/96) Sheet 5, Part A - Criminal Monetary Penalties

Defendant: Anthony Smith                                    Judgment Page 5 of 6
Case Number: 02-CR-024

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5 Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $200.00 | $500.00 | $0.00 |

## FINE

Based on the defendant's limited finances, the court determines that the defendant does not have the financial ability to pay a fine within the guideline range. However, the court does impose a nominal fine of five hundred dollars ($500.00). The court determines that the defendant does not have the financial ability to pay the interest on the fine, costs of incarceration, community confinement and supervision and therefore waives the interest on the fine, costs of incarceration, costs of community confinement and supervision in this case.

A waiver of the cost of community confinement does not preclude the Bureau of Prisons from imposing a subsistence fee of up to 25 percent of gross income, based on ability to pay, for any portion of the sentence spent in a community correctional facility.

AO 245B  (Rev.8/96) Sheet 5, Part B - Criminal Monetary Penalties

Defendant: Anthony Smith                                    Judgment Page 6 of 6
Case Number: 02-CR-024

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) fine.

Special instructions regarding the payment of criminal monetary penalties:

The $200.00 special assessment is due and payable immediately to the Clerk of Court's office, Room 362, U.S. Courthouse.

The court considers the defendant's participation in the Federal Bureau of Prisons Inmate Financial Responsibility Program a necessary part of the repayment of the court-imposed financial obligations.  Payments are to apply first to the special assessment and then to the fine until paid in full.

During any period of supervised release, the defendant shall pay any balance of the fine at a rate of no less than $25.00 per month.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.   All Criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, his or her supervising probation officer, or the United States Attorney.